IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN ROBERSON,

    Plaintiff,                    No. CIV S-03-0645 LKK JFM P

    vs.

J. M. BRIDDLE, et al.,

    Defendants.             ORDER

_____/

        Pursuant to court order, this matter came on for trial confirmation hearing on October 11, 2005. Plaintiff appeared in propria persona by videoconference. Van Longyear appeared as counsel for defendants.

        On October 5, 2005, plaintiff filed a motion for appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances. Plaintiff's motion for appointment of counsel will therefore be denied.

At the trial confirmation hearing, both parties orally consented to proceed to jury trial before the magistrate judge.  See 28 U.S.C. § 636(c).  Defendants have executed a written consent form.  Good cause appearing, plaintiff will be directed to sign and return a written consent form memorializing the oral consent given at the hearing.  Thereafter, the matter will be reassigned to the magistrate judge for all further proceedings.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's October 5, 2005 motion for the appointment of counsel is denied.

2. The Clerk of the Court is directed to send plaintiff a form "Consent to Proceed Before A United States Magistrate Judge."

3. Within ten days from the date of this order plaintiff shall complete and sign said form and return it to the court to be filed in this action.

DATED: October 11, 2005.

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

/robe0645.tch