IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN ROBERSON,

      Plaintiff,                    NO. CIV. S-03-0645 LKK JFM P

    v.

J. M. BRIDDLE, et al.,

      Defendants.              O R D E R

_____/

        Each of the parties in the above-captioned case has filed a Consent to Proceed Before a United States Magistrate Judge. See 28 U.S.C. § 636(c). According to Local Rule 72-305, both the district court judge assigned to the case and the magistrate judge must approve the reference to the magistrate judge.

        The undersigned has reviewed the file herein and recommends that the above-captioned case be reassigned and referred to the magistrate judge for all further proceedings and entry of final judgment.

        IT IS ORDERED that any hearing dates currently set before the undersigned are **VACATED.**

/////

/////

1

1   IT IS FURTHER ORDERED that the Clerk of the Court reassign this case to the
2   Honorable John F. Moulds. All future documents filed in the above-captioned case shall reference
3   the following case number: No. CIV. S-03-0645 JFM P.
4   DATED: October 26, 2005

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

8   Having also reviewed the file, I accept reference of this case for all further
9   proceedings and entry of final judgment.
10  DATED: October 26, 2005.

UNITED STATES MAGISTRATE JUDGE

12
robe0645.rea