IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN ROBERSON,

        Plaintiff,                    No. CIV S-03-0645 JFM P

    vs.

J. M. BRIDDLE, et al.,

        Defendants.         <u>ORDER</u>

                              /

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. By order filed October 27, 2005, pursuant to the consent of the parties this matter was reassigned and referred to the undersigned for all further proceedings including entry of final judgment. <u>See</u> 28 U.S.C. § 636(c).

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. This matter is set for jury trial before the undersigned on December 12, 2005 in Courtroom # 26 at 9:00 a.m. Writs of habeas corpus ad testificandum for the attendance of plaintiff and inmate Doffus Gallon at trial are issued concurrently with this order.

/////

/////

/////

        2. Within five days from the date of this order the parties shall, to the extent they have not done so already, exchange copies of their trial exhibits by United States Mail. Written objections to trial exhibits shall be filed and served not later December 2, 2005.

DATED: November 3, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

12
robe0645.exh